UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　　v.<br>ALMA JACKSON, et al.,<br>　　　　Defendants. | Case No. 17-cv-02535-WHO<br><br>**JUDGMENT** |

Pursuant to the permanent injunction by consent entered in this case, *see* Dkt. No. 7, judgment is entered against defendants and this case is closed, subject to reopening under the terms of the permanent injunction.

**IT IS SO ORDERED.**

Dated: August 3, 2017

William H. Orrick
United States District Judge